IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

FILED
MAY - 1 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| PERLA KARIME JORDAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. MO-05-CV-151 |
| | § | |
| ECTOR COUNTY, TEXAS | § | |

### NOTICE OF FILING OF APPENDIX, EXHIBITS AND ATTACHMENTS BY DEFENDANT ECTOR COUNTY, TEXAS

Contemporaneously with the filing of this Notice, Defendant, **ECTOR COUNTY, TEXAS**, has filed a Motion for Summary Judgment and Motion to Dismiss. Attached to and made part of the Motion are the following attachments and exhibits contained in an Appendix that are redacted consistent with the E-Government Act of 2002 and the Chief Judge's Order filed October 29, 2004.

1. The transcript of sworn testimony from Texas Workforce Commission Appeal No. 777539.

2. The affidavit of Patricia J. Patton, Human Resources Director/Grievance Officer for Ector County, Texas.

3. Thirty-four pages of records from the personnel file of Karime Jordan that pertain to her employment with Ector County, Texas and attached to the Patton affidavit.

4. A true and correct copy of Ector County's Anti-Discrimination and Harassment Policy.

5. A true and correct copy of Ector County's Employee Handbook.

Respectfully submitted,

SHAFER, DAVIS, O'LEARY
AND STOKER, INC.
Attorneys at Law
P. O. Box 1552
Odessa, Texas 79761
(432) 332-0893
Fax No. (432) 335-8329

_____
KATHLEEN McCULLOCH
Bar No. 13497100
RONALD C. GRIFFIN
Bar No. 24012737
ATTORNEYS FOR DEFENDANT,
**ECTOR COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of May, 2006 a true and correct copy of the above and foregoing document was mailed to:

Mr. Steve Herschberger
Attorney at Law
P.O. Box 50764
Midland, Texas 79710-0764
*Attorney for Plaintiff*

_____
RONALD C. GRIFFIN